| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:21CR00417-001 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 1:22-CR-184-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Daniel Warmus | District of Columbia | |
| | NAME OF SENTENCING JUDGE | |
| | Paul L. Friedman | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/13/23 — TO 01/12/25 |

**OFFENSE**
Parading, Demonstrating, or Picketing in a Capitol Building
40 USC.§ 5104(e)(2)(G)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Columbia

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Western District of New York  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Sept 28, 2022
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/13/22
*Effective Date*

*[signature]*
*United States District Judge*