Query    Reports    Utilities    Help    What's New    Log Out

CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00417-PLF All Defendants

| | |
|---|---|
| Case title: USA v. WARMUS | Date Filed: 06/12/2021 |
| Magistrate judge case number: 1:21-mj-00432-GMH | |

Assigned to: Judge Paul L. Friedman

**Defendant (1)**

| | | |
|---|---|---|
| **DANIEL WARMUS** | represented by | **Daniel J. Dubois**<br>DUBOIS LAW<br>390 Elmwood Avenue<br>Buffalo, NY 14222<br>716-563-6132<br>Fax: 888-844-3307<br>Email: ddlaw33@gmail.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Charles R. Haskell**<br>LAW OFFICES OF CHARLES R. HASKELL, P.A.<br>641 Indiana Ave. NW<br>Washington, DC 20004<br>(202) 888-2728<br>Email: charles@charleshaskell.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building.<br>(4) | CASE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK ON 12/27/2022. Original Sentence: Defendant is sentenced to Fourty-Five (45) days of imprisonment, followed by Twenty-Four (24) months of probation. Restitution: $500.00. Special |

Assessment: $10.00.

**Highest Offense Level (Opening)**

Misdemeanor

| Terminated Counts | Disposition |
|---|---|
| 18;1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds. (1) | Open counts of dismissed on the Government's Motion. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds. (2) | Open counts of dismissed on the Government's Motion. |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building. (3) | Open counts of dismissed on the Government's Motion. |

**Highest Offense Level (Terminated)**

Misdemeanor

| Complaints | Disposition |
|---|---|
| COMPLAINT in VIOLATION of 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(G) | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kathryn E. Fifield** <br> DOJ-CRM <br> 1301 New York Avenue NW <br> Suite 1000 <br> Washington, DC 20530 <br> 202-320-0048 <br> Email: kathryn.fifield@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* <br><br> **Monica Anne Stump** <br> DOJ-USAO |

555 4th Street NW  
Washington, DC 20530  
(618) 622-3860  
Email: monica.stump@usdoj.gov  
*TERMINATED: 02/17/2022*  
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2021 | 1 | SEALED COMPLAINT as to DANIEL WARMUS (1). (Attachments: # 1 Statement of Facts) (zltp) [1:21-mj-00432-GMH] (Entered: 05/18/2021) |
| 05/17/2021 | 3 | MOTION to Seal Case by USA as to DANIEL WARMUS. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21-mj-00432-GMH] (Entered: 05/18/2021) |
| 05/17/2021 | 4 | ORDER granting 3 Motion to Seal Case as to DANIEL WARMUS (1). Signed by Magistrate Judge G. Michael Harvey on 5/17/2021. (zltp) [1:21-mj-00432-GMH] (Entered: 05/18/2021) |
| 05/18/2021 |  | Case unsealed as to Defendant DANIEL WARMUS. (kk) [1:21-mj-00432-GMH] (Entered: 05/21/2021) |
| 05/18/2021 |  | Arrest of Defendant DANIEL WARMUS in Alden, New York. (kk) [1:21-mj-00432-GMH] (Entered: 06/03/2021) |
| 05/21/2021 |  | MINUTE ORDER as to Defendant DANIEL WARMUS : It is hereby ORDERED that Defendant DANIEL WARMUS appear for an initial appearance on Monday, May 24, 2021 at 1:00 p.m. before Magistrate Judge Robin M. Meriweather. The hearing will be conducted by video teleconference; call-in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202-354-3083; So Ordered by Magistrate Judge Robin M. Meriweather on 5/21/2021. (kk) [1:21-mj-00432-GMH] (Entered: 05/21/2021) |
| 05/21/2021 | 22 | Rule 5(c)(3) Documents Received as to DANIEL WARMUS from US District Court Western District of New York Case Number 21-mj-5105-MJR (bb) (Entered: 10/20/2021) |
| 05/24/2021 | 5 | Arrest Warrant, dated 5/17/2021, returned executed in the U.S. District Court for the District of Columbia on 5/24/2021 as to Defendant DANIEL WARMUS. (kk) [1:21-mj-00432-GMH] (Entered: 06/03/2021) |
| 05/24/2021 |  | JOINT ORAL MOTION by USA and Defendant DANIEL WARMUS to Exclude Time Under the Speedy Trial Act from 5/24/2021 to 8/20/2021. (kk) [1:21-mj-00432-GMH] (Entered: 06/11/2021) |
| 05/24/2021 |  | Minute Entry for Initial Appearance as to DANIEL WARMUS held by video before Magistrate Judge Robin M. Meriweather on 5/24/2021 : The Court advised the Government of its due process obligations under Rule 5(f). The defendant has no objection to appearing virtually. The defendant waives holding a timely preliminary |

| | | |
|---|---|---|
| | | hearing. Preliminary Hearing/Status Hearing set for 8/20/2021 at 1:00 PM before Magistrate Judge Robin M. Meriweather by telephonic/VTC. Joint Oral Motion by USA and Defendant to Exclude Time Under the Speedy Trial Act from 5/24/2021 to 8/20/2021, heard and granted in the interest of justice. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond. Court Reporter: FTR Gold - Ctrm. 7; FTR Time Frames: 1:21:16 - 1:32:45 and 1:42:10 - 1:51:24. Defense Attorney: Dan DuBois; U.S. Attorney: Jacob Steiner for Monica Stump; Pretrial Officer: Andre Sidbury. (kk) [1:21-mj-00432-GMH] (Entered: 06/11/2021) |
| 05/25/2021 | 6 | ORDER Setting Conditions of Release : Defendant DANIEL WARMUS placed on Personal Recognizance Bond signed by Magistrate Judge Robin M. Meriweather, nunc pro tunc to 5/24/2021. (Attachment: # 1 Appearance Bond) (kk) [1:21-mj-00432-GMH] (Entered: 06/11/2021) |
| 06/21/2021 | 7 | INFORMATION as to DANIEL WARMUS (1) count(s) 1, 2, 3, 4. (zhsj) (Entered: 06/22/2021) |
| 06/25/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: Charles R. Haskell appearing for DANIEL WARMUS (Haskell, Charles) (Main Document 9 replaced on 6/28/2021) (zhsj). (Entered: 06/25/2021) |
| 06/25/2021 | 10 | MOTION for Leave to Appear Pro Hac Vice Dan DuBois Filing fee $ 100, receipt number ADCDC-8556263. Fee Status: Fee Paid. by DANIEL WARMUS. (Attachments: # 1 Declaration Declaration in support of motion to appear pro hac vice, # 2 Text of Proposed Order Proposed order)(Haskell, Charles) (Entered: 06/25/2021) |
| 06/26/2021 | 11 | ORDER as to DANIEL WARMUS (1) granting 10 motion for admission pro hac vice of Dan Dubois on behalf of defendant. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a). Click for Instructions**. Signed by Judge Paul L. Friedman on June 26, 2021.(MA) (Entered: 06/26/2021) |
| 06/29/2021 | 12 | Unopposed MOTION for Protective Order by USA as to DANIEL WARMUS. (Attachments: # 1 Text of Proposed Order Protective Order)(Stump, Monica) (Entered: 06/29/2021) |
| 06/29/2021 | 13 | MOTION for Disclosure *ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS* by USA as to DANIEL WARMUS. (Attachments: # 1 Text of Proposed Order)(Stump, Monica) (Entered: 06/29/2021) |
| 06/30/2021 | 14 | ORDER as to DANIEL WARMUS (1) granting 13 the government's motion for an order to disclose items protected by FRCP 6(e) and sealed materials. Signed by Judge Paul L. Friedman on June 30, 2021. (MA) (Entered: 06/30/2021) |
| 06/30/2021 | 15 | ORDER as to DANIEL WARMUS (1) granting 12 the government's unopposed motion for protective order. Signed by Judge Paul L. Friedman on June 30, 2021. (MA) (Entered: 06/30/2021) |
| 07/01/2021 | | MINUTE ORDER as to DANIEL WARMUS: Arraignment is set for 7/16/2021 at 2:00 PM before Judge Paul L. Friedman via Zoom Video. Parties appearing in this case will receive a zoom invite prior to the scheduled hearing. (So Ordered Judge Paul L. Friedman on 7/1/2021) (tj) (Entered: 07/01/2021) |
| 07/02/2021 | | MINUTE ORDER: The preliminary hearing currently scheduled for August 20, 2021 before Magistrate Judge Robin M. Meriweather is hereby VACATED, as the Defendant has been charged by Information. As such, this case has been assigned to a District |

| | | |
|---|---|---|
| | | Judge and there are no pending matters necessitating action by a Magistrate Judge. The parties are directed to contact the assigned District Judge to schedule a status hearing, if one has not yet been set. The parties shall address any requests to toll the Speedy Trial Act to the assigned District Judge. Signed by Magistrate Judge Robin M. Meriweather on 7/2/2021. (ztl) (Entered: 07/02/2021) |
| 07/15/2021 | 16 | NOTICE OF ATTORNEY APPEARANCE: Daniel J. Dubois appearing for DANIEL WARMUS (Dubois, Daniel) (Entered: 07/15/2021) |
| 07/15/2021 | 17 | NOTICE *OF FILING DISCOVERY CORRESPONDENCE* by USA as to DANIEL WARMUS (Attachments: # 1 Supplement)(Stump, Monica) (Entered: 07/15/2021) |
| 07/16/2021 | | Minute Entry for proceedings held before Judge Paul L. Friedman: Arraignment as to DANIEL WARMUS held on 7/16/2021. Defendant enters a plea of NOT GUILTY to counts 1, 2, 3, and 4 of the information filed on 6/21/2021. Oral request to continue this case and exclude speedy trial is GRANTED. Next status conference is set for 10/8/2021 at 2:00 PM before Judge Paul L. Friedman via Zoom Video. Speedy trial is excluded (XT) nunc pro tunc from 6/21/2021 to 10/8/2021 in the interest of justice. Bond Status of Defendant: Personal Recognizance; Court Reporter: Janice Dickman; Defense Attorney: Daniel Dubois and Charles R. Haskell; US Attorney: Monica Stump; (tj) (Entered: 07/16/2021) |
| 07/16/2021 | | ORDER as to DANIEL WARMUS: Pursuant to the Due Process Protections Act, the Court orders that all government counsel shall review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. (So Ordered Judge Paul L. Friedman on 7/16/2021). (tj) (Entered: 07/16/2021) |
| 08/18/2021 | | MINUTE ORDER: The preliminary hearing and status hearing currently scheduled for August 20, 2021 before Magistrate Judge Robin M. Meriweather is hereby VACATED, as the Defendant has already had an initial appearance in this jurisdiction, and the Defendant has been charged by Information. As such, this case has been assigned to a District Judge and there are no pending matters necessitating action by a Magistrate Judge. Signed by Magistrate Judge Robin M. Meriweather on 8/18/2021. (ztl) (Entered: 08/19/2021) |
| 09/28/2021 | 18 | NOTICE *of Filing Discovery Correspondence* by USA as to DANIEL WARMUS (Attachments: # 1 Discovery Letter)(Stump, Monica) (Entered: 09/28/2021) |
| 09/29/2021 | 19 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of September 14, 2021* by USA as to DANIEL WARMUS (Attachments: # 1 Attachment A, # 2 Attachment B)(Stump, Monica) (Entered: 09/29/2021) |
| 09/29/2021 | 20 | NOTICE *of Filing Discovery Correspondence* by USA as to DANIEL WARMUS (Attachments: # 1 Discovery Letter)(Stump, Monica) (Entered: 09/29/2021) |
| 10/04/2021 | 21 | Joint MOTION to Continue *and*, MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to DANIEL WARMUS. (Attachments: # 1 Text of Proposed Order)(Stump, Monica) (Entered: 10/04/2021) |
| 10/05/2021 | | MINUTE ORDER as to DANIEL WARMUS (1) granting 21 joint motion to continue status hearing and to exclude time under the Speedy Trial Act. The status hearing |

| | | |
|---|---|---|
| | | currently set for October 8, 2021 is RESCHEDULED to December 14, 2021 at 11:00 a.m. In the interest of justice, the Speedy Trial Act is tolled up through December 14, 2021. Signed by Judge Paul L. Friedman on October 5, 2021. (MA) (Entered: 10/05/2021) |
| 10/22/2021 | 23 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of October 21, 2021* by USA as to DANIEL WARMUS (Stump, Monica) (Entered: 10/22/2021) |
| 11/06/2021 | 24 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of November 5, 2021* by USA as to DANIEL WARMUS (Stump, Monica) (Entered: 11/06/2021) |
| 12/09/2021 | 25 | Joint MOTION to Continue *December 14, 2021 Status Hearing, and*, MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to DANIEL WARMUS. (Attachments: # 1 Text of Proposed Order)(Stump, Monica) (Entered: 12/09/2021) |
| 12/10/2021 | 26 | ORDER as to DANIEL WARMUS (1) granting 25 joint motion to continue December 14, 2021 status hearing and to exclude time under the Speedy Trial Act. The status conference currently scheduled for December 14, 2021 is CONTINUED to February 8, 2022 at 12:00 p.m. In the interest of justice, the Speedy Trial Act is tolled up through February 8, 2022. Signed by Judge Paul L. Friedman on December 10, 2021. (MA) (Entered: 12/10/2021) |
| 02/07/2022 | 28 | Joint MOTION to Continue *February 8, 2022 Status Hearing, and*, MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to DANIEL WARMUS. (Attachments: # 1 Text of Proposed Order)(Stump, Monica) (Entered: 02/07/2022) |
| 02/07/2022 | | MINUTE ORDER granting 28 the motion to continue the status conference currently scheduled for 2/8/2022 @ 12:00pm as to defendant DANIEL WARMUS (1). The parties shall contact the courtroom deputy to reschedule this matter.(Signed by Judge Paul L. Friedman on 2/7/2022). (tj) (Entered: 02/07/2022) |
| 02/09/2022 | | MINUTE ORDER as to DANIEL WARMUS granting 28 the joint motion to continue the status conference scheduled for February 8, 2022. The status conference is hereby RESCHEDULED for April 1, 2022 at 2:00pm, and speedy trial is excluded until April 1, 2022 in the interest of justice. (So Ordered Judge Paul L. Friedman on 2/9/2022)(tj) (Entered: 02/09/2022) |
| 02/11/2022 | 29 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to DANIEL WARMUS (Stump, Monica) (Entered: 02/11/2022) |
| 02/15/2022 | | MINUTE ORDER as to DANIEL WARMUS. The status conference currently scheduled for April 1, 2022 is VACATED. A plea hearing is scheduled for April 22, 2022 at 2:00 p.m. via Zoom Video, the details of which will be provided the morning of or in advance of the hearing. In the interest of justice, the Speedy Trial Act is tolled up through April 22, 2022. Signed by Judge Paul L. Friedman on February 15, 2022. (MA) (Entered: 02/15/2022) |
| 02/16/2022 | 30 | NOTICE OF ATTORNEY APPEARANCE Kathryn E. Fifield appearing for USA. (Fifield, Kathryn) (Entered: 02/16/2022) |
| 02/17/2022 | 31 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to DANIEL WARMUS (Stump, Monica) (Entered: 02/17/2022) |
| 03/04/2022 | | Set/Reset Hearings as to DANIEL WARMUS: Plea Agreement Hearing set for 4/22/2022 at 2:00 PM before Judge Paul L. Friedman via zoom video. Speedy trial is excluded (XT) from 4/1/2022 to 4/22/2022) (tj) (Entered: 03/04/2022) |

| | | |
|---|---|---|
| 04/07/2022 | | MINUTE ORDER as to DANIEL WARMUS: The plea agreement hearing currently scheduled for April 22, 2022 is RESCHEDULED to May 23, 2022 at 1:00 p.m. via Zoom videoconference, the details of which will be provided the morning of or in advance of the hearing. In the interest of justice, the Speedy Trial Act is tolled through May 23, 2022. Signed by Judge Paul L. Friedman on April 7, 2022. (ATM) (Entered: 04/07/2022) |
| 04/20/2022 | | Set/Reset Hearings as to DANIEL WARMUS: Excludable started and stopped. Next Status Conference set for 5/23/2022 at 1:00 PM before Judge Paul L. Friedman via zoom video. (tj) (Entered: 04/20/2022) |
| 05/23/2022 | | Minute Entry for proceedings held before Judge Paul L. Friedman: Plea Agreement Hearing as to DANIEL WARMUS held via video on 5/23/2022. The defendant consented to appearing via video for today's hearing. Plea of Guilty entered by DANIEL WARMUS as to Count 4 of the Information. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Government's Sentencing Memorandum due by 8/19/2022. Defendant's Sentencing Memorandum due by 8/26/2022. Any Replies are due 9/2/2022. Sentencing set for 9/12/2022 at 12:00 PM via Zoom videoconference before Judge Paul L. Friedman. Bond Status of Defendant: Remains on PR/Appeared via video; Court Reporter: Elizabeth Saint-Loth; Defense Attorney: Daniel DuBois; US Attorney: Anthony Franks. (zacr) (Entered: 05/23/2022) |
| 05/23/2022 | 33 | PLEA AGREEMENT as to DANIEL WARMUS (zacr) (Entered: 05/23/2022) |
| 05/23/2022 | 34 | STATEMENT OF OFFENSE as to DANIEL WARMUS (zacr) (Entered: 05/23/2022) |
| 06/14/2022 | | MINUTE ORDER as to DANIEL WARMUS: The sentencing currently scheduled for September 12, 2022 at 12:00 p.m. is RESCHEDULED to September 12, 2022 at 11:00 a.m. via Zoom videoconference, the details of which will be provided the morning of or in advance of the hearing. Signed by Judge Paul L. Friedman on June 14, 2022. (lcjr) (Entered: 06/14/2022) |
| 08/19/2022 | 36 | SENTENCING MEMORANDUM by USA as to DANIEL WARMUS (Attachments: # 1 Appendix Table of probation, home detention, and incarceration cases in Capitol Siege cases)(Fifield, Kathryn) (Entered: 08/19/2022) |
| 09/10/2022 | | MINUTE ORDER as to DANIEL WARMUS: The sentencing currently scheduled for September 12, 2022 at 11:00 a.m. is VACATED and RESCHEDULED to September 22, 2022 at 10:00 a.m. via Zoom videoconference, the details of which will be provided the morning of or in advance of the hearing. Signed by Judge Paul L. Friedman on September 10, 2022. (lcjr) (Entered: 09/10/2022) |
| 09/10/2022 | 39 | SENTENCING MEMORANDUM by DANIEL WARMUS (Dubois, Daniel) (Entered: 09/10/2022) |
| 09/13/2022 | | MINUTE ORDER as to DANIEL WARMUS: At the request of the government, the Court hereby VACATES the sentencing hearing scheduled for September 22, 2022 at 10:00 a.m. and RESCHEDULES the hearing for September 27, 2022 at 3:00 p.m. The hearing will be held via Zoom videoconference, the details of which will be provided the morning of or in advance of the hearing. Signed by Judge Paul L. Friedman on September 12, 2022. (ATM) (Entered: 09/13/2022) |
| 09/27/2022 | | Minute Entry for proceedings held before Judge Paul L. Friedman: Sentencing held on 9/27/2022 as to DANIEL WARMUS (1). Count 4: Defendant is sentenced to Forty-Five (45) days of imprisonment, followed by Twenty-Four (24) months of probation. |

|  |  |  | Restitution: $500.00. Special Assessment: $10.00. Counts 1, 2 and 3 are dismissed on the Government's Motion. Bond Status of Defendant: Defendant on Personal Recognizance until surrender; Court Reporter: Catnryn Jones; Defense Attorney: Daniel Dubois and Charles Haskell; US Attorney: Kathryn Fifield; Prob Officer: Hana Field; (tj) (Entered: 09/28/2022) |
|---|---|---|---|
| 10/19/2022 | 42 |  | JUDGMENT as to DANIEL WARMUS. Statement of Reasons Not Included. Signed by Judge Paul L. Friedman on 4/17/2022. (zhsj) (Main Document 42 replaced on 10/26/2022) (zhsj). (Entered: 10/25/2022) |
| 10/19/2022 | 43 |  | STATEMENT OF REASONS as to DANIEL WARMUS re 42 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Paul L. Friedman on 10/19/2022. (zhsj) (Entered: 10/25/2022) |
| 12/27/2022 | 44 |  | Probation Jurisdiction Transferred to United States District Court for the Western District of New York as to DANIEL WARMUS. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Ordered by Judge Paul L. Friedman on 9/28/2022. (Attachments: # 1 Information, # 2 Judgment and Commitment Order) (zhsj) (Entered: 12/27/2022) |
| 12/27/2022 |  |  | Notice to United States District Court for the Western District of New York of a Transfer of Jurisdiction as to DANIEL WARMUS. Your case number is: 1:22-cr-184-01. The clerk will transmit any restricted document via email. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 7 Information, 44 Transfer Out/Probationer, 42 Judgment. (If you require certified copies of any documents, please send a request to dcd_cmecf_cr@dcd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (zhsj) (Entered: 12/27/2022) |